Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| In re: MERLE E. HOWARD | ) | Chapter 7 |
| REBECCA T. HOWARD | ) | Case No. 10-50583 |
| | ) | |
| Debtors | ) | |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

**COMES NOW** the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010. No such order has been entered by the Court.

2. Listed below is the name, address, and amount due that creditor to whom distribution of less than five dollars would have been made if ordered by the Court.

<u>Creditor</u>
American Infosource LP/WFFNB-Peebles
PO Box 248872
Oklahoma City, OK  73124-8872

<u>Amount of Distribution</u>
$4.53

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  <u>February 24, 2011</u>     /s/ <u>Charles R. Allen, Jr.</u>
Charles R. Allen, Jr., Trustee
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**   107
60-249 / 433
1137

| Case | Debtor |
|---|---|
| 10-50583 RKR | HOWARD, MERLE E |
| 92005329387566 | HOWARD, REBECCA T |
| COMBINED SMALL CHECK | |

TID #660070
CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date   02/24/2011     $ **·**********4.53

~~~Four Dollars and 53/100

Pay to the Order of   U.S. Bankruptcy Court

CHARLES R. ALLEN, Trustee

⑈"000000107"⑈ ⑈:043302493⑈:9200532938 7566⑈"